IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARET STEVEN GROSE (GY-3069) | : | CIVIL ACTION |
| | : | |
| | l | |
| vs. | : | |
| | : | |
| DAVID WAKEFIELD, et al. | : | NO. 07-2064 |

# **O R D E R**

**AND NOW**, this 15th day of October, 2007, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, together with the objections filed by the Petitioner, it is hereby **ORDERED** that:

1. The objections to the Report and Recommendation are **DENIED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE FOR FAILURE TO EXHAUST STATE COURT REMEDIES**.

4. There is **no** probable cause to issue a certificate of appealability.

.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY,    Sr. J.